NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

NABUCCO LLC,

    Appellant,

v.

BARRY FROST and M&P RETIREMENT PLAN,

    Appellees.

Civ. No. 18-14281

**MEMORANDUM ORDER**

THOMPSON, U.S.D.J.

IT APPEARING that, "[c]ivil cases . . . which have been pending in the Court for more than 90 days without any proceedings having been taken therein must be dismissed for lack of prosecution . . . unless good cause is shown," Local Civil Rule 41.1(a); and it further

APPEARING that no proceedings have occurred in this case since October 2, 2018 (ECF No. 3); and it further

APPEARING that Plaintiff was advised on February 5, 2019 that this action would be dismissed if no action was taken within seven days (ECF No. 4); and it further

APPEARING that more than seven days have passed since that advisement;

IT IS on this 22nd day of February, 2019,

ORDERED that Plaintiff's Notice of Appeal from Bankruptcy Court (ECF No. 1) is DISMISSED; and it is further

ORDERED that the Clerk CLOSE this case.

/s/ Anne E. Thompson
ANNE E. THOMPSON, U.S.D.J.

1